BEFORE THE SECOND DIVISION, OCTOBER 18, 1960

No. 64729.—Heeksuede, Inc. *v.* United States, protests 59/28117 and 59/28660 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

No. 64730.—Daniel F. Young, Inc. *v.* United States, protest 59/30858 (New York).

Opinion by RAO, J. The protest was dismissed.